STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CR. NO. CR00-00223 HG |
| Plaintiff,  ) | INDICTMENT |
| v.  ) | [21 U.S.C. § 841(a)(1)] |
| STEPHEN RAY KRAUS,  ) | |
| Defendant.  ) | |

INDICTMENT

The Grand Jury charges that:

On or about May 4, 2000, in the District of Hawaii, the defendant STEPHEN RAY KRAUS did knowingly and intentionally possess with intent to distribute approximately one ounce of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 5/15/00 , at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Stephen Ray Kraus
"Indictment"
Cr. No. _____