IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 00-00223HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | |
| STEPHEN RAY KRAUS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Edie Anne Feldman, ESQ., acknowledge receipt of all of the Defendant's exhibit 1 - 15 and 18, received in evidence on March 16, 2001 and March 23, 2001.

DATED:   Honolulu, Hawaii, _____.


_____
Signature


Attorney for: UNITED STATES OF AMERICA