IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 00-00223HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | |
| STEPHEN RAY KRAUS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, THOMAS C. MUEHLECK, ESQ., Assistant U.S. Attorney, the designated Court custodian of all exhibits, acknowledge receipt of all of the Government exhibit 1 (audio tape) admitted at Further Hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked.

DATED:   Honolulu, Hawaii,   8/30/06   .


_____
Signature

Attorney for: UNITED STATES OF AMERICA